

| | | |
|---|---|---|
| 20842 | Mawae-Idemoto v. Au | Affirmed |
| 20327 | State v. Espinoza | Affirmed |
| 21043 | State v. Pelletier | Affirmed |

### August 28, 1998

| | | |
|---|---|---|
| 21239 | Kaluna v. Administrative Director of Courts | Affirmed |
| 21029 | State v. Jones | Affirmed |

### August 31, 1998

| | | |
|---|---|---|
| 200982 | State v. Jimenez | Affirmed |
| 21140 | State v. Luton | Affirmed |
| 20924 | State v. Vidal | Affirmed and Vacated |

### September 1, 1998

| | | |
|---|---|---|
| 20271 | Ho, In re | Affirmed |

### September 4, 1998

| | | |
|---|---|---|
| 20040 | Campbell v. State | Affirmed |
| 19802 | Paradise Hui Hanalike v. Hawaiian Paradise Park Corp. | Affirmed |

### September 8, 1998

| | | |
|---|---|---|
| 21188 | State v. Gouveia | Affirmed |

### September 15, 1998

| | | |
|---|---|---|
| 21135 | Kaae v. E.E. Black, Ltd. | Affirmed |

### September 18, 1998

| | | |
|---|---|---|
| 21155 | State v. Klopping | Affirmed |

### September 24, 1998

| | | |
|---|---|---|
| 20725 | Kalawai'Anui v. Smart | Affirmed |
| 20900 | Pararas-Carayannis v. Department of Labor and Indus. Relations | Affirmed |
| 20432 | State v. Segraves | Affirmed |
| 21266 | State v. Shiraki | Affirmed |
| 21246 | State v. Tagashira | Affirmed |

### October 12, 1998

| | | |
|---|---|---|
| 21078 | State v. Scott | Affirmed |

### October 15, 1998

| | | |
|---|---|---|
| 21362 | Doe Children, In re | Affirmed |
| 20417 | State v. Street | Affirmed |